**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES BYRD, JR. and DARRELL BYRD, for themselves and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation,<br><br>        Defendants. | Case No.: 1:20-cv-06447<br><br>Hon. Harry D. Leinenweber |

**INDEX OF EXHIBTS SUBMITTTED IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT
PURSUANT TO RULE 12(B)(6)**

| **Exhibit** | **No.** |
|---|---|
| Declaration of Amy C. Andrews | 1 |
| McDonald's USA Standard Franchise Agreement (Traditional) and Operator's Lease | 1-A |
| McDonald's USA Franchise Disclosure Document | 1-B |
| *Your Path to Becoming a McDonald's Franchisee* | 1-C |
| Letter Agreement between Plaintiff James Byrd and McDonald's USA dated May 12, 2014 | 1-D |
| Purchase and Sale Agreement dated July 18, 2014 – Plaintiff James Byrd | 1-E |
| Purchase and Sale Agreement dated July 18, 2014 – Plaintiff Darrell Byrd | 1-F |

| | |
|---|---|
| Letter Agreement between Plaintiff Darrell Byrd and McDonald's USA dated May 12, 2014 | 1-G |
| Business Review Report dated November 18, 2020 – Plaintiff James Byrd | 1-H |
| Business Review Report dated May 16, 2019 – Plaintiff James Byrd | 1-I |
| Business Review Report dated November 18, 2020 – Plaintiff Darrell Byrd | 1-J |
| Business Review Report dated May 16, 2019 – Plaintiff Darrell Byrd | 1-K |