# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES BYRD JR. and DARRELL BYRD, for themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S USA, LLC, a Delaware limited liability company, and MCDONALD'S CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No.: 1:20-cv-06447<br><br>Hon. Harry D. Leinenweber |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, James Byrd Jr. and Darrell Byrd, and Defendants, McDonald's USA, LLC and McDonald's Corporation (collectively, the "Parties"), by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice. The parties further stipulate that each party shall bear their own attorneys' fees and costs.

Dated: December 10, 2021                                                                 Respectfully submitted,

/s/James L. Ferraro                                                                           s/Patricia Brown Holmes
James L. Ferraro, Esq.                                                                      Patricia Brown Holmes
Daryl D. Parks, Esq.                                                                         Amy C. Andrews
THE FERRARO LAW FIRM, P.A.                                                        RILEY SAFER HOLMES & CANCILA LLP
Brickell World Plaza                                                                           70 W. Madison Street, Suite 2900
600 Brickell Avenue, 38th Floor                                                       Chicago, Illinois 60602
Miami, Florida 33131                                                                        (312) 471-8700
Telephone: (305) 375-0111                                                              pholmes@rshc-law.com
Facsimile: (305) 379-6222                                                                aandrews@rshc-law.com
jlf@ferrarolaw.com
ddp@ferrarolaw.com

| | |
|---|---|
| William R. Fahey, Esq.<br>COONEY & CONWAY, PC<br>120 N. LaSalle Street, 30th Floor<br>Chicago, IL 60602<br>Telephone: (312) 236-6166<br>bfahey@cooneyconway.com<br><br>*Counsel for Plaintiffs James Byrd, Jr. and Darrell Byrd* | Ariel Schepers Wilson<br>RILEY SAFER HOLMES & CANCILA LLP<br>121 W. Washington Street, Suite 402<br>Ann Arbor, Michigan 48104<br>(734) 773-4900<br>awilson@rshc-law.com<br><br>Andrew Jason Wu (*pro hac vice*)<br>RILEY SAFER HOLMES & CANCILA LLP<br>456 Montgomery Street, 16th Floor<br>San Francisco, CA 94104<br>(415) 275-8550<br>awu@rshc-law.com<br><br>Loretta E. Lynch (*pro hac vice*)<br>Susanna M. Buergel (*pro hac vice*)<br>Karen King (*pro hac vice*)<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, New York 10019<br>(202) 373-3000<br>lelynch@paulweiss.com<br>sbuergel@paulweiss.com<br>kking@paulweiss.com<br><br>*Counsel for Defendants McDonald's USA, LLC and McDonald's Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2021, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Illinois. The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ James L. Ferraro*
     James L. Ferraro, Esq.